| | |
|---|---|
| 1 | Gregory M. Fox, SBN 70876<br>BERTRAND, FOX & ELLIOT |
| 2 | The Waterfront Building<br>2749 Hyde Street |
| 3 | San Francisco, CA  94109<br>Telephone:  415.353.0999 |
| 4 | Facsimile:   415.353.0990 |
| 5 | Harvey E. Levine, SBN 61880<br>CITY OF FREMONT |
| 6 | City Attorney's Office<br>3300 Capitol Avenue |
| 7 | P.O. Box 5006<br>Fremont, CA 94537-5006 |
| 8 | Telephone:  (510) 284.4030<br>Facsimile:    (510) 284.4031 |
| 9 | |
| 10 | Attorneys for Defendants CITY OF FREMONT<br>FREMONT POLICE CHIEF CRAIG STECKLER, and |
| 11 | OFFICERS TIMOTHY BALDOCCHI, TOM SEVERANCE,<br>And MATTHEW SNELSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE HIGAREDA GOMEZ, | ) | Case No.: C07-00005 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER ASSIGNING  CASE TO MAGISTRATE |
| vs. | ) ) | JUDGE FOR ALL PURPOSES |
| CITY OF FREMONT, CRAIG STECKLER, Individually and In His Capacity As the Fremont Police Chief; Officer TIMOTHY BALDOCCHI, Individually and In His Capacity As A Fremont Police Officer; Officer TOM SEVERANCE, Individually and In His Capacity As A Fremont Police Officer; and Officer MATTHEW SNELSON, Individually and In His Capacity As A Fremont Police Officer; DOES 1THROUGH 20, INCLUSIVE, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636 (c) the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

1
CONSENT  TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE  AND PROPOSED ORDER

1  The parties further stipulate and respectfully request that this matter be assigned to Magistrate
2  Judge Wayne D. Brazil.  If Judge Brazil is not available then the parties request assignment to the
3  next available Magistrate Judge.

5  So Stipulated:

7  DATED: March 23, 2007                    BERTRAND, FOX & ELLIOT

9                                           By _____/s/_____
10                                              Gregory M. Fox
                                                Attorney for Defendants
11                                              CITY OF FREMONT, FREMONT POLICE
                                                CHIEF CRAIG STECKLER, and
12                                              OFFICERS TIMOTHY BALDOCCHI, TOM
                                                SEVERANCE, and MATTHEW SNELSON

14  DATED: March 23, 2007                   LAW OFFICES OF STEVEN R. JACOBSEN

16                                           By _____/s/_____
17                                              Catherine R. Douat
                                                Attorney for Plaintiff
18                                              JOSE HIGAREDA GOMEZ

                                             ORDER

Good cause appearing the Stipulation is So Ordered.  The case is ordered to be re-assigned to
Magistrate Judge Wayne D. Brazil.

Date: March 27, 2007

                                             IT IS SO ORDERED
                                             Judge William Alsup
                                             _____
                                             United States District Court Judge

---

2
CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE AND PROPOSED ORDER

# ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: March 26, 2007                  /s/
                                              GREGORY M. FOX