UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HIGAREDA GOMEZ, | No. C 07-00005 WDB |
| Plaintiff, | |
| v. | ORDER FOLLOWING APRIL 25, 2007, CASE MANAGEMENT CONFERENCE |
| CITY OF FREMONT, et al. | |
| Defendants. | |

On April 25, 2007, the Court held a Case Management Conference. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

1. At the outset of the Conference, counsel for Plaintiff informed the Court that the criminal matter against Plaintiff on a related set of facts is expected to go forward during the summer of 2007. Accordingly, because there is a risk that information gathered here could negatively impact the criminal action, the Court now stays this matter pending resolution of the criminal trial.

2. In the interim, counsel for Plaintiff must file a letter on **June 1, 2007**, informing the Court what has transpired in the criminal proceedings since the last case management conference, and what further information counsel has on the date for Plaintiff's criminal trial. Should the criminal trial not be completed by **August 1, 2007,** Plaintiff's counsel must again file a letter informing the Court of the status of

that prosecution and when, in counsel's best estimate, the criminal matter is likely to be resolved. While the criminal patter is pending, the parties are encouraged to discuss settlement informally, but counsel must *not* disclose to the undersigned or include in publicly filed documents the substance of any of the parties' settlement discussions.

3. If this matter settles or if the criminal action is disposed of before the deadlines set forth above, Plaintiff's counsel must notify the Court within two days at 510-637-3324.

IT IS SO ORDERED.

Dated:   April 26, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Stats, ADR

2