```
 1  Gregory M. Fox, SBN 70876
    BERTRAND, FOX & ELLIOT
 2  The Waterfront Building
    2749 Hyde Street
 3  San Francisco, CA  94109
    Telephone: 415.353.0999
 4  Facsimile:  415.353.0990

 5  Harvey E. Levine, SBN 61880
    CITY OF FREMONT
 6  City Attorney's Office
    3300 Capitol Avenue
 7  P.O. Box 5006
    Fremont, CA 94537-5006
 8  Telephone: (510) 284.4030
    Facsimile:  (510) 284.4031
 9
    Attorneys for Defendants CITY OF FREMONT
10  FREMONT POLICE CHIEF CRAIG STECKLER, and
    OFFICERS TIMOTHY BALDOCCHI, TOM SEVERANCE,
11  And MATTHEW SNELSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, CRAIG STECKLER, Individually and In His Capacity As the Fremont Police Chief; Officer TIMOTHY BALDOCCHI, Individually and In His Capacity As A Fremont Police Officer; Officer TOM SEVERANCE, Individually and In His Capacity As A Fremont Police Officer; and Officer MATTHEW SNELSON, Individually and In His Capacity As A Fremont Police Officer; DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | Case No.: C07-00005 WDB<br><br>STIPULATION AND PROTECTIVE ORDER |

## STIPULATION

1. The parties to the above-entitled action, by and through their counsel of record, hereby stipulate to the imposition of the attached protective order as to materials to be produced in discovery in this action from confidential police officer personnel file materials maintained by the defendant CITY OF FREMONT ("the CITY") regarding the individual police officer defendants herein, internal

affairs files, training materials, and as to names, addresses and telephone numbers of witnesses disclosed by defendants, and other materials to which the parties may agree in writing.

The materials included in the above-mentioned protective order are as follows:

a. Any document which comprises an officer's confidential personnel file and which is produced in discovery in the within matter from police personnel files maintained by the defendant CITY, including: (1) Any Internal Affairs investigations and findings re defendant officers BALDOCCHI, SEVERANCE and/or SNELSON conduct re the subject incident; (2) Any Internal Affairs investigations and findings re any complaints made against defendant officers BALDOCCHI, SEVERANCE and/or SNELSON from five years before the subject incident to date, for excessive force, taser use, canine use and misidentification of a suspect;

b. The names, addresses and telephone numbers of any civilian witnesses disclosed by defendants in discovery;

c. Other materials that the parties agree in writing are to be covered by this Order.

All "confidential material" shall be designated by stamping or otherwise marking each such document as follows:

## "CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER"

2. Confidential material shall be used solely in connection with the preparation and litigation of the case in the within action (Case No. C07-00005 WDB) or in any related appellate proceeding, and not for any other purpose, including any other litigation, without the express approval of this court.

3. Confidential material may not be disclosed, except as is provided in paragraph 4, below.

4. Confidential material may be disclosed only to the following persons: (a) counsel for any party to this litigation; (b) paralegal, stenographic, clerical, and secretarial personnel regularly

employed by counsel for the parties in this litigation; (c) court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for trial in this action; (d) any outside expert or consultant retained by any party to the action in connection with the action, and not otherwise employed by either party; and, (e) any "in-house" expert designated by any party to testify at trial in this matter.

Nothing in this paragraph (4) is intended to prevent officials or employees of the City of Fremont, or other authorized government officials, from having access to the documents so designated if they would have such access in the normal course of their job duties. Furthermore, nothing herein prevents any witness from disclosing events or activities personal to him or her, that is, a witness may disclose to others, without restriction under this order, information previously given to the City of Fremont with respect to what he or she saw, heard, or otherwise sensed.

5. Each person to whom disclosure is made, with the exception of counsel, who are presumed to know the contents of this protective order, shall be provided by the person furnishing him or her "confidential material," as designated hereunder, with a copy of this order, and shall agree on the record, in writing, that he or she has read this protective order and consents to be subject to the jurisdiction of this court with respect to the enforcement of this order, including without limitation, any proceeding for contempt. Unless such agreement is made on the record in this litigation, counsel making the disclosure to any person described above shall retain the original executed copy of said written agreement until final termination of this litigation.

6. At the conclusion of the trial in this matter, and of any appeal, or upon the termination of this action by any other means, all confidential material received under the provisions of this order, including any copies made thereof, shall be tendered back to the appropriate parties or their attorneys. Provisions of this order, insofar as they restrict the disclosure and use of the material, shall remain in full force and effect until further order of this court.

7. The foregoing is without prejudice to the right of any party to this action: (a) to apply to the court for a further protective order relating to any confidential material or relating to discovery

1  in this litigation; (b) to apply to the court for an order removing the confidential material designation
2  from any document; and, (c) to apply to the court for an order compelling production of documents or
3  for modification of this order or for any order permitting disclosure of confidential material beyond
4  the terms of this order.
5  Counsel for the parties to this action hereby declare that they have read the foregoing, that
6  they approve thereof as to form and content, and that, on behalf of their clients in this action, they
7  stipulate thereto.
8  SO STIPULATED.

10 Dated: 9-26 2008          LAW OFFICES OF STEVEN R. JACOBSEN

12                           By: _____
13                           Steven R. Jacobsen
                             Brenda D. Posada
14                           Attorney for Plaintiff Jose Higareda Gomez

16 DATED: 9-26 , 2008        BERTRAND, FOX & ELLIOT

18                           By _____
19                           Gregory M. Fox
                             Attorney for Defendants
20                           CITY OF FREMONT, FREMONT POLICE
                             CHIEF CRAIG STECKLER, and
21                           OFFICERS TIMOTHY BALDOCCHI, TOM
                             SEVERANCE, and MATTHEW SNELSON

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: September 30, 2008

*/s/ Wayne D. Brazil*
HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE