1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE HIGAREDA GOMEZ,

        Plaintiff,

       v.

CITY OF FREMONT, et al.

        Defendants.

_____/

No. C  07-00005 WDB

ORDER FOLLOWING FEBRUARY
12, 2009, FURTHER CASE
MANAGEMENT CONFERENCE

On February 12, 2009, the Court held a Further Case Management Conference. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

1.     By February 26, 2009, pursuant to stipulation between parties the Plaintiff is to dismiss one of the named Defendants who is an uninvolved officer.

2.     By March 26, 2009, the parties will conduct complete depositions of the Plaintiff and Officer Baldocchi.

3.     By April 16, 2009, the parties will conduct their mediation before appointed mediator Howard A. Jannsen.

4.     On **April 22, 2009, at 1:30 p.m., a Further Case Management Conference** will be conducted: the parties are to file and provide to chambers a Joint Statement by noon on April 20, 2009.

5.      Discovery deadlines as previously Ordered are maintained.

6.      Parties are file and provide to chambers a Joint Pretrial Conference Statement prior to the Pretrial Conference at a time to be determined based upon further discussions with the Court.

If this matter settles before the deadlines set forth above, Plaintiff's counsel must notify the Court within two days at 510-637-3324.

IT IS SO ORDERED.

Dated:    September 18, 2008

WAYNE D. BRAZIL
United States Magistrate Judge