1 STEVEN R. JACOBSEN, BAR NO. 95246
srj@theaccidentallawyer.com
2 BRENDA D. POSADA, BAR NO. 152480
bdp@theaccidentallawyer.com
3 LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
4 OAKLAND, CALIFORNIA 94607
(510) 465-1500
5
ATTORNEYS FOR PLAINTIFF
6 JOSE HIGAREDA GOMEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| JOSE HIGAREDA GOMEZ, | ) Case No.: C 07-00005 WDB |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF** |
| vs. | ) |
| CITY OF FREMONT, et al., | ) |
| Defendants. | ) |

Plaintiff Higareda Gomez requests that this court grant it relief from having to dismiss the uninvolved officer until the stipulation is signed by and between the parties, and after the declaration which was agreed upon as a prerequisite to said dismissal is received from defendants. On various occasions, by electronic mail, mail, and telephone, Plaintiff's counsel has asked defense counsel to obtain a declaration from the uninvolved officer in order to effectuate the request for dismissal and the same has not yet been received.

According to the Court's "Order following February 12, 2009 Further CMC" filed February 13, 2009, the dismissal of the uninvolved officer must be made by plaintiff no later than February 26, 2009. On February 24, 2009, Ms. D'Agostino, counsel of record for defendants advised plaintiff's office that she would be contacting the officers and other representations had been previously made by Mr. Fox that the declaration was forthcoming, but it has not to date been received by plaintiff's office.

On February 25, 2009, plaintiff's counsel Ms. Posada sent by facsimile a letter asking Ms.

1  D'Agostino to submit the declaration before the end of business day in order for plaintiff's counsel
2  to comply with the court's order but no response was received.
3      Plaintiff has acted with all due diligence to obtain said declaration prior to the February 26,
4  2009 deadline set by the court. Plaintiff never agreed to dismiss the officer until a declaration was
5  received and the same was communicated to the court at the CMC of February 12, 2009. Plaintiff
6  requires a declaration under penalty of perjury regarding said officer's lack of involvement before
7  dismissing said officer.
8      In order to effectuate the dismissal of the officer and comply with the Court's order.
9  Plaintiff requests that this court extend plaintiff's date to dismiss until such time after the declaration
10 is received, as was the initial agreement between all the parties.
11     So submitted.
12 DATED: February 25, 2009        Law Offices of Steve R. Jacobsen

15                      By_____\\s\_____
                           Steven R. Jacobsen
16                         Brenda D. Posada
                           Attorneys for Plaintiff
17                         JOSE HIGAREDA GOMEZ

                    [PROPOSED] ORDER

    Having duly considered plaintiff's request to extend cutoff date to dismiss the uninvolved
officer, it is the order of the court that defendant is ordered to submit the agreed upon declaration
to plaintiff no later than March 6, 2009 by facsimile/personal delivery and within 5 business days
after send declaration is received by plaintiff, plaintiff shall file his dismissal of said officer.

    It is so ordered.
Date: 2/26/09
                                    Hon. Wayne D. Brazil
                                    United States District Judge

-2-
REQUEST FOR ADMINISTRATIVE RELIEF