STEVEN R. JACOBSEN, Bar No. 95246
srj@theaccidentallawyer.com
BRENDA D. POSADA, Bar No. 152480
bdp@theaccidentallawyer.com
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFF
JOSE HIGAREDA GOMEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| JOSE HIGAREDA GOMEZ, | Case No.: C 07-00005 WDB |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL** |
| vs. | |
| CITY OF FREMONT, et al., | |
| Defendants. | |

Plaintiff JOSE HIGAREDA GOMEZ hereby requests that this court enter the dismissal of Officer Tom Severance, individually and in his capacity as A Fremont Police Officer, *only*, each side to bear its own costs and fees.

DATED: February 25, 2009        Law Offices of Steve R. Jacobsen


By_____\\s\_____
Steven R. Jacobsen
Brenda D. Posada
Attorneys for Plaintiff
JOSE HIGAREDA GOMEZ

-1-
PLAINTIFF'S REQUEST FOR DISMISSAL

[~~PROPOSED~~] ORDER

It is so ordered, with permission orally from defense counsel.

Date: 3/2/09

Hon. Wayne D. Brazil
United States District Judge

(WDB)