**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF FREMONT, et al.<br><br>  Defendants.<br>_____/ | No. C 07-00005 WDB<br><br>ORDER CONTINUING DEPOSITION AND MEDIATION DEADLINES AND FURTHER CASE MANAGEMENT CONFERENCE |

By letter dated March 23, 2009, defense counsel asks the Court to extend the time for the deposition of Officer Baldocchi, mediation of the case, and further status conference. Defense counsel represents that Plaintiff's counsel agrees to an extension of time. For good cause shown, the Court ORDERS as follows:

1. The last day to complete the deposition of Officer Baldocchi is continued from March 26, 2009, to April 23, 2009.

2. The last day for the parties to conduct their mediation before appointed mediator Howard A. Jannsen is continued from April 16, 2009, to May 15, 2009.

3. The **Further Case Management Conference** set for April 22, 2009, is continued to May 21, 2009 at 1:30 p.m. in Courtroom 4; the parties must file and provide to chambers a Joint Statement by noon on May 18, 2009.

1

4. All other discovery and pretrial dates previously set by the Court remain unchanged.

If this matter settles before the deadlines set forth above, Plaintiff's counsel must notify the Court within <u>two days</u> at 510-637-3324.

IT IS SO ORDERED.

Dated:   March 23, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge