Gregory M. Fox, SBN 70876
Arlene C. Helfrich, SBN 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone:  415.353.0999
Facsimile:   415.353.0990

Harvey E. Levine, SBN 61880
CITY OF FREMONT
City Attorney's Office
3300 Capitol Avenue
P.O. Box 5006
Fremont, CA 94537-5006
Telephone:  (510) 284.4030
Facsimile:   (510) 284.4031

Attorneys for Defendants CITY OF FREMONT
FREMONT POLICE CHIEF CRAIG STECKLER, and
OFFICERS TIMOTHY BALDOCCHI,
And MATTHEW SNELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, CRAIG STECKLER, Individually and In His Capacity As the Fremont Police Chief; Officer TIMOTHY BALDOCCHI, Individually and In His Capacity As A Fremont Police Officer; and Officer MATTHEW SNELSON, Individually and In His Capacity As A Fremont Police Officer; DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | Case No.: C07-00005 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE MOTION FOR SUMMARY JUDGEMENT PENDING CASE RE-ASSIGNMENT** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the defendants' motion for summary judgment presently calendared for a hearing on Friday September 4, 2009 before the Honorable Wayne D. Brazil shall be taken off calendar. The reasons are as follows. Judge Brazil has announced his retirement at the end of

1

1  September, 2009.  The parties are meeting and conferring on a possible re-assignment to another
2  Magistrate Judge or if they are unable to agree to have the case re-assigned by the Clerk of the Court.
3  Due to his schedule, the deposition of defendant Matthew Snelson cannot be noticed until September
4  9, 2009, which is after the presently scheduled hearing date for the MSJ.  Therefore good cause
5  exists for the Court to grant this Stipulation and take the presently scheduled hearing date for the
6  defendants' motion for summary judgment off calendar.  Defendant will notice its motion in advance
7  so as to provide plaintiff at least 30 calendar days to file its opposition.  The parties also agree to have
8  the motion heard no later than January of 2010.

9  It is further agreed by the parties that the motion will be re-scheduled by the new judge
10 assigned to the case after Judge Brazil retires.

11 DATED: July 30, 2009                             BERTRAND, FOX & ELLIOT

13                                                   By:_____/s/_____
                                                        Gregory M. Fox
14                                                      Arlene C. Helfrich
                                                        Attorney for Defendants
15                                                      CITY OF FREMONT, FREMONT POLICE
                                                        CHIEF CRAIG STECKLER, and
16                                                      OFFICERS TIMOTHY BALDOCCHI, and
                                                        MATTHEW SNELSON

18 DATED: July 30, 2009                             LAW OFFICE OF STEVEN JACOBSEN

20                                                   By:  _____/s/_____
                                                        Brenda Posada
21                                                      Steven R. Jacobsen
                                                        Attorney for Plaintiff
22                                                      JOSE HIGAREDA GOMEZ

                                     **ORDER**

24 Good cause appearing,

25 THE STIPULATION IS SO ORDERED.
26 Dated: 7/31/09 , 2009
27
28                                                   _____/s/_____
                                                     Hon. Wayne D. Brazil
                                                     UNITED STATES DISTRICT COURT JUDGE

                                          2

STIPULATION AND PROPOSED ORDER TO POSTPOSE MOTION FOR SUMMARY JUDGMENT

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: July 30, 2009        /s/
                                      Arlene C. Helfrich