UNITED STATES DISTRICT COURT

Northern District of California

**Oakland Division**

JOSE HIGAREDA GOMEZ,

      Plaintiff,

  v.

CITY OF FREMONT *et al.*,

      Defendants.

_____/

No. C 07-00005 LB

**ORDER RE-SETTING STATUS CONFERENCE**

On March 6, 2010, the Court set a further status conference for April 1, 2010, and ordered the parties to appear for a settlement conference before Magistrate Judge Maria-Elena James before the status conference. (Dkt. # 56 at 2.) Magistrate Judge James has set the settlement conference for May 5, 2010, at 10:00 a.m. (Dkt. # 59.) To allow the parties ample time to participate in the settlement conference, the Court re-sets the further status conference for **May 6, 2010, at 11:00 a.m.** The parties' joint status report shall be due on **May 4, 2010**. **All other deadlines and requirements set forth in the Court's March 6, 2010 order remain unchanged.**

If an amendment to the briefing schedule for the defendants' motion for summary judgment is necessary in light of the dates set forth above, the parties shall file either a stipulated request

/ / /

/ / /

Order Re-Setting Status Conference
C 07-00005 LB

pursuant to Civil Local Rule 6-2, or a motion to change time pursuant to Civil Local Rule 6-3 no later than **April 2, 2010**.

      **IT IS SO ORDERED.**

Dated: March 17, 2010

_____
LAUREL BEELER
United States Magistrate Judge

Order Re-Setting Status Conference
C 07-00005 LB