UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF FREMONT, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C 07-00005 LB<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT** |

IT IS HEREBY ORDERED that Plaintiff Jose Higareda Gomez shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The Clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one copy of the court file with a notice of referral of the case pursuant to the Guidelines of the Federal Pro Bono Project for referral to a volunteer attorney. This Court's order denying Defendants' motion for summary judgment provides an overview of the case. *See* ECF No. 78.

2. If BASF locates an attorney to represent Plaintiff, that attorney shall be appointed as counsel through trial, which is set for December 2, 2010. *See* March 6, 2010, scheduling order, ECF No. 56. A settlement conference is set before United States Magistrate Judge Maria-Elena James on October 6, 2010, at 10 a.m.

3. Ordinarily, the Court would stay proceedings in this action for four weeks for the appointment process, but no dates are scheduled until November. Also, defense counsel is unavailable until August 10, 2010. The Court will extend discovery deadlines if needed, but the case involves limited fact discovery, and any extension will not affect the currently-scheduled trial date.

**IT IS SO ORDERED.**

Dated: July 21, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 07-00005 LB)