UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSE HIGAREDA GOMEZ, | No. C 07-00005 LB |
| Plaintiff, | **Notice to Plaintiff Re Pro Bono Project Referral** |
| v. | |
| CITY OF FREMONT, *et al*., | |
| Defendants. | |

TO PLAINTIFF JOSE HIGAREDO GOMEZ:

The Court has issued a separate order referring your case to the Federal Pro Bono Project for referral to a volunteer attorney. A copy of that order has been sent to you. In the meantime, you may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-9000 x.8657 or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you may be able to speak with an attorney who may be able to provide basic legal help but not representation. The Project also will try to arrange volunteer legal counsel for you in accordance with the Court's separate order.

A copy of the Pro Bono Project flyer is attached. You may wish to bring Ms. Cardenas, who assisted you at your last hearing, to help with translation.

Dated: July 21, 2010

_____
LAUREL BEELER
United States Magistrate Judge

Notice (C 07-00005 LB)