1  LATHAM & WATKINS LLP
       Robert E. Sims (Bar No. 116680)
2          bob.sims@lw.com
       Margaret A. Tough (Bar No. 218056)
3          margaret.tough@lw.com
       Danielle A. Lackey (Bar No. 252062)
4          danielle.lackey@lw.com
   505 Montgomery Street, Suite 2000
5  San Francisco, California  94111-6538
   Telephone:  415.391.0600
6  Facsimile:  415.395.8095

7  Attorneys for Plaintiff
   JOSE HIGAREDA GOMEZ
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

| | |
|---|---|
| 13  JOSE HIGAREDA GOMEZ, | CASE NO. C07-00005 LB |
| 14          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY SCHEDULE** |
| 15      v. | |
| 16  CITY OF FREMONT, CRAIG STECKLER, Individually and In His Capacity As the | Magistrate Judge Laurel Beeler |
| 17  Fremont Police Chief; Officer TIMOTHY BALDOCCHI, Individually and In His | |
| 18  Capacity As A Fremont Police Officer, Officer TOM SEVERANCE, Individually and | |
| 19  In His Capacity As A Fremont Police Officer, and Officer MATTHEW SNELSON, | |
| 20  Individually and In His Capacity As A Fremont Police Officer; DOES 1 THROUGH | |
| 21  20, INCLUSIVE, | |
| 22          Defendants. | |

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C07-00005 LB
STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY SCHEDULE

1    WHEREAS, pursuant to the Court's Order dated March 6, 2010, the close of non-

2  expert discovery in this matter is August 12, 2010; the deadline for all expert disclosures

3  required by the Federal Rules of Civil Procedure is September 9, 2010; and the close of expert

4  discovery is October 7, 2010;

5    WHEREAS, pursuant to the Court's Order dated July 21, 2010, Plaintiff Jose

6  Higareda Gomez was referred to the Federal Pro Bono Project;

7    WHEREAS, Latham & Watkins, LLP was engaged to represent the Plaintiff on

8  August 16, 2010; and

9    WHEREAS the parties have agreed to extend the discovery schedule in this case;

10    IT IS HEREBY STIPULATED by and between the parties hereto through their

11  respective attorneys of record that:

12    1. The deadline for the parties to serve discovery requests is extended to

13       September 27, 2010;

14    2. The close of non-expert discovery is extended to October 11, 2010;

15    3. The deadline for the exchange of expert reports and all expert disclosures

16       required by the Federal Rules of Civil Procedure is extended to October

17       18, 2010;

18    4. Discovery motions shall be served by October 20, 2010;

19    5. Expert rebuttal reports shall be served by October 27, 2010; and

20    6. The close of expert discovery is extended to November 8, 2010.

21

22  Dated: September 14, 2010            LATHAM & WATKINS LLP

23                                      By_____/s/_____

24                                         Danielle A. Lackey
                                           Attorneys for Plaintiff
25                                         Jose Higareda Gomez

26  / / /

27  / / /

28  / / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. C07-00005 LB
STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY SCHEDULE

Dated: September 14, 2010

BERTRAND, FOX & ELLIOT

By_____/s/_____

Gregory M. Fox
Arlene C. Helfrich
Martine D'Agostino
Attorneys for Defendants CITY OF
FREMONT, FREMONT POLICE CHIEF
CRAIG STECKLER and OFFICERS
TIMOTHY BALDOCCHI AND
MATTHEW SNELSON

*Filer's Attestation: Pursuant to General Order No. 45, Section X(b) regarding signatures, Danielle A. Lackey hereby attests that concurrence in the filing of this document on behalf of Bertrand, Fox & Elliot has been obtained from Gregory M. Fox, Esq.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:   September 15, 2010 __

IT IS SO ORDERED
Judge Laurel Beeler

Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. C07-00005 LB
STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY SCHEDULE