UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>        Plaintiff,<br>   v.<br><br>CITY OF FREMONT *et al.*,<br><br>        Defendants.<br>_____/ | No. C 07-00005 LB<br><br>**ORDER SETTING STATUS CONFERENCE** |

On November 15, 2010, the parties in this action participated in a settlement conference before Chief Magistrate Judge Maria-Elena James, but did not reach a settlement. *See* ECF No. 91. Looking forward, the fact discovery deadline is set for December 2, 2010, and expert disclosures are due a week later on December 10, 2010. *See* ECF No. 90 at 1. To assess the progress of discovery and discuss preparation for the upcoming pre-trial deadlines and filings, the Court sets this matter for a status conference on **December 2, 2010, at 2:30 p.m. in Courtroom 4**. Each party may file an optional status statement addressing any outstanding issues relating to discovery or the pre-trial deadlines that it would like the Court to address at the conference. The optional status statement shall be no more than five pages in length and must be filed by November 30, 2010.

**IT IS SO ORDERED.**

Dated: November 16, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 07-00005 (Order Setting Status Conference)