UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| GOMEZ,<br><br>                Plaintiff(s),<br>v.<br>CITY OF FREMONT ET AL,<br>                Defendant(s).<br>_____/ | No. C 07-00005 LB<br><br>**ORDER RE-SETTING TIME FOR DECEMBER 2, 2010 STATUS CONFERENCE** |

This matter is set for a status conference before Judge Beeler on December 2, 2010, at 2:30 p.m. *See* ECF No. 92. The Court **HEREBY RE-SETS** the status conference for **12:00 p.m.** on December 2, 2010, in Courtroom 4.

**IT IS SO ORDERED.**

Dated: November 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 07-00005 (Order Re-Setting Hearing Time)