UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>        Plaintiff,<br>  v.<br>CITY OF FREMONT ET AL,<br><br>        Defendants.<br>_____/ | No. C 07-00005 LB<br><br>**ORDER FOLLOWING STATUS CONFERENCE; REFERRING MATTER FOR FURTHER SETTLEMENT** |

On December 2, 2010, the Court held a status conference in this case to address the progress of discovery and the upcoming pre-trial deadlines. Counsel indicated that they have resolved their outstanding discovery disputes and they that are engaging in settlement discussions and believe that a further settlement conference would be beneficial. Accordingly, the Court **REFERS** this matter to Magistrate Judge Joseph Spero for a settlement conference in early January. Further, at the status conference, the parties suggested that they might request a new trial date to allow them to meaningfully engage in settlement negotiations. After consulting with the courtroom deputy, the parties shall submit a stipulation with amended pre-trial deadlines and trial date. The parties shall file their stipulation and proposed order no later than January3, 2010.

**IT IS SO ORDERED.**

Dated: December 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 07-00005 (Order Following Status Conference and Referral for Further Settlement)