| | |
|---|---|
| 1 | Gregory M. Fox, SBN 70876 |
|  | Arlene C. Helfrich, SBN 096461 |
| 2 | BERTRAND, FOX & ELLIOT |
|  | The Waterfront Building |
| 3 | 2749 Hyde Street |
|  | San Francisco, CA   94109 |
| 4 | Telephone:  415.353.0999 |
|  | Facsimile:   415.353.0990 |

Harvey E. Levine, SBN 61880
CITY OF FREMONT
City Attorney's Office
3300 Capitol Avenue
P.O. Box 5006
Fremont, CA 94537-5006
Telephone:  (510) 284.4030
Facsimile:   (510) 284.4031

Attorneys for Defendants CITY OF FREMONT
FREMONT POLICE CHIEF CRAIG STECKLER, and
OFFICERS TIMOTHY BALDOCCHI,
And MATTHEW SNELSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF FREMONT, CRAIG STECKLER, Individually and In His Capacity As the Fremont Police Chief; Officer TIMOTHY BALDOCCHI, Individually and In His Capacity As A Fremont Police Officer; and Officer MATTHEW SNELSON, Individually and In His Capacity As A Fremont Police Officer; DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | Case No.:  C07-00005 LB JCS<br><br>AS MODIFIED<br>**STIPULATION AND [PROPOSED] ORDER TO RESET SETTLEMENT CONFERENCE DATE** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the Settlement Conference presently scheduled on January 5, 2011 before Magistrate Judge Joseph C. Spero shall be reset.  The reasons are as follows:  Counsel for Defendants CITY OF FREMONT, FREMONT POLICE CHIEF CRAIG STECKLER and OFFICERS TIMOTHY BALDOCCHI And MATTHEW SNELSON has been ordered to start on Monday

1  January 3, 2011 a two week jury trial in Alameda County Superior Court before the Hon. Judge
2  Hunter in Department 520 [*Allstate v. City of Fremont*, Consolidated Case No.: FG07359350].
3  Counsel for plaintiff and defendants are available on January 14, 2011, in either the morning or
4  afternoon. This is the fifth scheduled settlement conference before the Court and the first before this
5  judge. The parties believe the matter may settle given the recent exchange of offers and the Court's
6  recent guidance on discovery issues. Therefore approximately 2 hours of court time should be
7  sufficient for the parties to determine with the Court's assistance if settlement is feasible.

8  Therefore good cause exists for the Court to grant this Stipulation and reset the presently
9  scheduled settlement conference date to January 14, 2011 with settlement conference statements to be
10 lodged one week in advance.

12 Ddated: December 20, 2010                BERTRAND, FOX & ELLIOT

14                                          By:_____/s/_____
                                                  Gregory M. Fox
15                                                Attorney for Defendants
                                                  CITY OF FREMONT, FREMONT POLICE
16                                                CHIEF CRAIG STECKLER, and
                                                  OFFICERS TIMOTHY BALDOCCHI, and
17                                                MATTHEW SNELSON

19 Dated: December 20, 2010                  LATHAM & WATKINS LLP

21                                          By: _____/s/_____
                                                  Danielle A. Lackey
22                                                Attorney for Plaintiff
                                                  JOSE HIGAREDA GOMEZ

24                                        **ORDER**

25    Good cause appearing,        ~~THE STIPULATION IS SO ORDERED~~.
26 The settlement conference is rescheduled for January 27, 2011 at 9:30 AM. Settlement Conference
   Statements shall be due by January 13, 2011.
27 Dated: __12/21_____, 2010

28                                          _____
                                            Magistrate Judge Joseph C. Spero

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

2

STIPULATION AND PROPOSED ORDER TO RESET SETTLEMENT CONFERENCE DATE

| | |
|---|---|
| 1 | ATTORNEY ATTESTATION |
| 2 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a |
| 3 | conformed signature ("/s/") within this E-filed document. |
| 4 | |
| 5 | Dated: December 20, 2010          /s/ |
| | Gregory M. Fox |