LATHAM & WATKINS LLP
   Robert E. Sims (Bar No. 116680)
      bob.sims@lw.com
   Margaret A. Tough (Bar No. 218056)
      margaret.tough@lw.com
   Danielle A. Lackey (Bar No. 252062)
      danielle.lackey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600
Facsimile:  415.395.8095

Attorneys for Plaintiff
JOSE HIGAREDA GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE HIGAREDA GOMEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF FREMONT, CRAIG STECKLER, Individually and In His Capacity As the Fremont Police Chief; Officer TIMOTHY BALDOCCHI, Individually and In His Capacity As A Fremont Police Officer, Officer TOM SEVERANCE, Individually and In His Capacity As A Fremont Police Officer, and Officer MATTHEW SNELSON, Individually and In His Capacity As A Fremont Police Officer; DOES 1 THROUGH 20, INCLUSIVE,<br><br>                    Defendants. | CASE NO. C07-00005 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>Magistrate Judge Laurel Beeler |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. C07-00005 LB
STIPULATION AND [PROPOSED] ORDER TO
AMEND PRE-TRIAL DEADLINES AND TRIAL DATE

1  WHEREAS the Court held a status conference in this case on December 2, 2010;

2  WHEREAS the Court referred this matter to Magistrate Judge Joseph Spero for a
3  settlement conference in early January;

4  WHEREAS a settlement conference shall be held on January 27, 2011;

5  WHEREAS the Court's Order Following Status Conference (Dkt. # 98) instructed
6  the parties to submit a stipulation with amended pre-trial deadlines and trial date;

7  IT IS HEREBY STIPULATED by and between the parties hereto, through their
8  respective attorneys of record, that the pre-trial deadlines and trial date be amended as follows:

| Case Event | Current Filing Date/ Disclosure Deadline/ Hearing Date | Stipulated Filing Date/ Disclosure Deadline/ Hearing Date |
|---|---|---|
| Non-expert discovery completion date | 12/2/2010 | 2/18/2011 |
| Expert disclosures required by Federal Rules of Civil Procedure | 12/10/2010 | 2/25/2011 |
| Rebuttal expert disclosures | 12/22/2010 | 3/4/2011 |
| Expert discovery completion date | 1/21/2011 | 3/18/2011 |
| Meet and confer re pretrial filings | 1/27/2011 | 3/30/2011 |
| Pretrial filings due | 2/2/2011 | 4/6/2011 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 2/9/2011 | 4/13/2011 |
| Final Pretrial Conference | 2/23/2011 | 4/27/2011 |
| Trial Start Date | 3/7/2011 | 5/9/2011 (or alternatively, 5/16/2011) |

24  Respectfully submitted.

25  DATED: December 21, 2010                    LATHAM & WATKINS LLP

26                                              By_____/s/_____
27                                                   Danielle A. Lackey
                                                     Attorneys for Plaintiff
28                                                   Jose Higareda Gomez

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. C07-00005 LB
STIPULATION AND [PROPOSED] ORDER TO
AMEND PRE-TRIAL DEADLINES AND TRIAL DATE

| | |
|---|---|
| 1  DATED: December 21, 2010 | BERTRAND, FOX & ELLIOT |
| 2 | By_____/s/_____ |
| 3 | Gregory M. Fox<br>Attorney for Defendants |
| 4 | CITY OF FREMONT, FREMONT POLICE<br>CHIEF CRAIG STECKLER and |
| 5 | OFFICERS TIMOTHY BALDOCCHI and<br>MATTHEW SNELSON |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(b) regarding signatures, Danielle A. Lackey hereby attests that concurrence in the filing of this document on behalf of Bertrand, Fox & Elliot has been obtained from Gregory M. Fox, Esq.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

| Case Event | Filing Date/ Disclosure Deadline/ Hearing Date |
|---|---|
| Non-expert discovery completion date | 2/18/2011 |
| Expert disclosures required by Federal Rules of Civil Procedure | 2/25/2011 |
| Rebuttal expert disclosures | 3/4/2011 |
| Expert discovery completion date | 3/18/2011 |
| Meet and confer re pretrial filings | 3/30/2011 |
| Pretrial filings due | 4/6/2011 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 4/13/2011 |
| Final Pretrial Conference | 4/28/2011 at 11:00 am |
| Trial Start Date | 5/16/2011 |

Dated: _____December 22, 2011_____

_____
Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. C07-00005 LB
STIPULATION AND [PROPOSED] ORDER TO
AMEND PRE-TRIAL DEADLINES AND TRIAL DATE