LATHAM & WATKINS LLP
   Robert E. Sims (Bar No. 116680)
      bob.sims@lw.com
   Danielle A. Lackey (Bar No. 252062)
      danielle.lackey@lw.com
   Ana Vohryzek-Griest (Bar No. 268102)
      ana.vohryzek@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Plaintiff
JOSE HIGAREDA GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE HIGAREDA GOMEZ, | CASE NO. C07-00005 LB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CITY OF FREMONT, et al., | |
| Defendants. | |

WHEREAS, Plaintiff Jose Higareda Gomez ("Plaintiff") filed this action against the City of Fremont, Police Chief Craig Steckler, and police officers Timothy Baldocchi and Matthew Snelson ("Defendants") for money damages pursuant to 42 U.S.C. Sections 1983 and 1988, and the Fourth, Eighth and Fourteenth Amendments of the United States Constitution, and under the common and statutory law of the State of California;

WHEREAS, Plaintiff and Defendants ("Parties") have entered into a Settlement Agreement requiring the filing of this Stipulation and [Proposed] Order for Dismissal with Prejudice;

NOW THEREFORE, the Parties, through their respective counsel of record, hereby stipulate as follows:

1. All claims by Plaintiff against Defendants are dismissed with prejudice.

2. In consideration of this dismissal, the City of Fremont will pay to Plaintiff the total sum of eighty thousand dollars and no cents ($80,000.00).

3. All Parties shall bear their own costs, expenses, and fees.

Respectfully submitted.

DATED: March 15, 2011

LATHAM & WATKINS LLP

By _____
Danielle A. Lackey
Attorneys for Plaintiff
JOSE HIGAREDA GOMEZ

DATED: March 22, 2011

BERTRAND, FOX & ELLIOT

By _____
Gregory M. Fox
Attorney for Defendants
CITY OF FREMONT, FREMONT POLICE CHIEF CRAIG STECKLER and OFFICERS TIMOTHY BALDOCCHI and MATTHEW SNELSON

CASE NO. C07-00005 LB
STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE

**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the complaint of Plaintiff Jose Higareda Gomez against the Defendants City of Fremont, Police Chief Craig Steckler, and police officers Timothy Baldocchi and Matthew Snelson, be and is hereby dismissed in its entirety with prejudice.  Each party shall bear its own costs and attorneys fees.

SO ORDERED.

Dated: March 25, 2011

_____
Laurel Beeler
UNITED STATES MAGISTRATE JUDGE